**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Airman DEVIN B. WILLIAMS**
**United States Air Force**

**ACM S32195**

**17 July 2014**

Sentence adjudged 30 October 2013 by SPCM convened at Nellis Air Force Base, Nevada. Military Judge: William C. Muldoon (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 146 days, and reduction to E-1.

Appellate Counsel for the Appellant: Captain Jeffrey A. Davis.

Appellate Counsel for the United States: Colonel Don M. Christensen.

Before

ALLRED, MITCHELL, and TELLER
Appellate Military Judges

This opinion is subject to editorial correction before final release.


PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The Court notes that the Court-Martial Order (CMO), dated 16 December 2013 incorrectly states, the appellant's social security number. The Court orders the promulgation of a corrected CMO.

Accordingly, the approved findings and sentence are

AFFIRMED.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court